IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON BENTLEY FRANKLIN, | No. 2:23-CV-1140-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| E. WEBB, | |
| Defendant. | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis. <u>See</u> ECF No. 9.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

       The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

       IT IS SO ORDERED.

Dated: July 14, 2023

                                                   _____
                                                   DENNIS M. COTA
                                                   UNITED STATES MAGISTRATE JUDGE