IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAMON FRANKLIN,** | Case No. 2:23-cv-1140-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **E. WEBB,** | |
| Defendant. | |

Defendant has moved for an order modifying the Court's March 18, 2024, Discovery and Scheduling Order, ECF No. 31.  Specifically, Defendant requests that the Court vacate the November 18, 2024, discovery cut-off date and the March 18, 2025, dispositive-motions deadline pending adjudication of Defendant's concurrently filed Motion to Compel Plaintiff's Deposition Testimony.  Good cause appearing, Defendant's motion, ECF No. 31, is **granted**.  The discovery cut-off date and dispositive-motions deadline are vacated and shall be re-set following adjudication of Defendant's pending motion to compel.

/ / /

/ / /

/ / /

/ / /

1

All other provisions of the Court's March 18, 2024, Discovery and Scheduling Order shall remain in effect.

**It is so ordered.**

Dated:  October 28, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE