IN THE UNITED STATES DISTRICT COURT

**DAMON FRANKLIN,**

Plaintiff,

v.

**E. WEBB,**

Defendant.

Case No. 2:23-cv-1140-DMC-P

ORDER

    Defendant has moved for an extension of time to depose Plaintiff. Good cause appearing, Defendant's motion is **granted**. The deadline for Plaintiff to appear for a deposition, previously set in the Court's December 13, 2024, order (ECF No. 33), shall be extended until April 12, 2025. All other dates and deadlines set in the Court's December 13, 2024; order shall remain in force.

    IT IS SO ORDERED.

Dated: February 10, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1